MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| LIZBETH DE MACHADO,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:19-cv-02402-DMC<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from February 21, 2020 to March 22, 2020, for Defendant to answer Plaintiff's Complaint and submit the Certified Administrative Record (CAR) in this case. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Defendant's first request for an extension of time. Defendant respectfully states that the requested extension is necessary to allow the Commissioner to prepare the CAR for submission to this Court and all parties in this action. Initial review of the CAR revealed that it

contains a significant amount of material that must be redacted.  After redaction, the CAR needs to be reprocessed and recertified.  Preparation of the CAR is therefore taking longer than anticipated despite the Commissioner's diligent efforts to have it ready on time.  Plaintiff does not oppose the requested extension.

Respectfully submitted,

Dated: February 10, 2020  CERNEY KREUZE & LOTT, LLP

By: */s/ Shellie Lott\**
 SHELLIE LOTT
 Attorneys for Plaintiff
 [*As authorized by e-mail on Feb. 10, 2020]

Dated: February 13, 2020  MCGREGOR W. SCOTT
 United States Attorney
 DEBORAH LEE STACHEL
 Regional Chief Counsel, Region IX
 Social Security Administration

By: */s/ Margaret Branick-Abilla*
 MARGARET BRANICK-ABILLA
 Special Assistant United States Attorney
 Attorneys for Defendant

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  February 13, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stipulation & [Proposed] Order
Case No. 2:19-cv-02402-DMC  2