McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| LIZBETH DE MACHADO,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:19-cv-02402-DMC<br><br>STIPULATION & ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between plaintiff Lizbeth De Machado (Plaintiff) and Andrew Saul, Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).

    The Appeals Council will remand the case to an administrative law judge (ALJ). On remand, the Appeals Council will instruct the ALJ to offer the claimant the opportunity for a hearing; further consider evidence in the record as a whole and reassess the claimant's RFC as

1

Stipulation & [Proposed] Order
2:19-cv-02402-DMC

appropriate; obtain additional vocational expert testimony as necessary; take further action, as warranted, to complete the administrative record; and issue a new decision.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                        Respectfully submitted,

Dated: May 26, 2020           CERNEY KREUZE & LOTT, LLP

                              By: */s/ Shellie Lott*\*
                                  SHELLIE LOTT
                                  Attorneys for Plaintiff
                                  [\*As authorized by e-mail on May 22, 2020]

Dated:  May 28, 2020          McGREGOR W. SCOTT
                                  United States Attorney
                                  DEBORAH LEE STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                              By:*/s/ Margaret Branick-Abilla*
                                  MARGARET BRANICK-ABILLA
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

                              **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  May 28, 2020

                                  DENNIS M. COTA
                                  UNITED STATES MAGISTRATE JUDGE