McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8929
     Facsimile: (415) 744-0134
     E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| LIZBETH DE MACHADO, <br><br>     Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br>     Defendant. | Case No. 2:19-cv-02402-DMC <br><br> STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

IT IS HEREBY STIPULATED by and between the parties through their undersigned

counsel, subject to the approval of the Court, that Plaintiff Lizbeth De Machado (Plaintiff) be

awarded attorney fees in the amount of ONE THOUSAND, EIGHT HUNDRED, NINETY-

EIGHT DOLLARS AND FORTY-NINE CENTS ($1,898.49) under the Equal Access to Justice

Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services

rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with

28 U.S.C. §§ 1920, 2412(d).

    After the Court issues an order for EAJA fees to Plaintiff, the government will consider

the matter of Plaintiff's assignment of EAJA fees to counsel Shellie Lott.  Pursuant to *Astrue v.*

Stipulation & [Proposed] Order
2:19-cv-02402-DMC

*Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to counsel Shellie Lott, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to counsel Shellie Lott.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel, including but not limited to Shellie Lott and Cerney Kreuze & Lott, LLP, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated:  August 10, 2020          CERNEY KREUZE & LOTT, LLP

By: */s/ Shellie Lott*_____
       SHELLIE LOTT
       Attorneys for Plaintiff
       [*As authorized by e-mail on Aug. 10, 2020]

Dated:  August 12, 2020          McGREGOR W. SCOTT
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

By:*/s/ Margaret Branick-Abilla*_____
       MARGARET BRANICK-ABILLA
       Special Assistant United States Attorney
       Attorneys for Defendant

2

Stipulation & [Proposed] Order
2:19-cv-02402-DMC

1

2

**<u>ORDER</u>**

3

Pursuant to stipulation, IT IS SO ORDERED.

4

5

Dated:  August 12, 2020

6

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Stipulation & [Proposed] Order
2:19-cv-02402-DMC